Paul Sala, State Bar #11693
Ryan M. Hicks, State Bar #26016
**ALLEN, SALA & BAYNE, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: psala@asbazlaw.com
rhicks@asbazlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

SHIVA INVESTMENTS, LLP.,

Debtor.

CHAPTER 11

Case No. 2-12-bk-18263-RJH

**DECLARATION OF MARIE LAATSCH IN SUPPORT OF DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION DATED DECEMBER 17, 2012**

MARIE LAATSCH, being first duly sworn upon her oath, declares:

1. I hold a State of Arizona Certified General Real Estate Appraiser license, Certificate #31465.

2. I am also an MAI designated appraiser currently employed by KBCA, Inc. dba AXIA Real Estate Appraisers.

3. I make this declaration based upon my own personal, firsthand knowledge, my education, training and experience in the field of real estate appraisal.

4. My educational and professional qualifications are included in my appraisal report attached hereto as **Exhibit A.** (see page 87 of Appraisal)

5. I have completed over 500 appraisals over the course of my career with approximately 75 of them being hotel appraisals.

6. I was commissioned by the Debtor in January 2013 to conduct a commercial appraisal of Debtor's motel located at 1550 N. 52nd Drive in Phoenix, Arizona 85043 ("Motel Property").

7. A true and correct copy of my Appraisal Report is attached hereto as Exhibit A.

8. Based upon the approaches to value used in my appraisal, with primary weight given to the Income Approach and supportive weight given to the Sales Comparison Approach, my opinion of the "as is" market value of the Motel Property is **$1,100,000.00** as of January 27, 2013.

9. I have no present or contemplated future interest in the Motel Property described in the appraisal report. Neither my employment nor my compensation for this appraisal is contingent upon the value found.

10. I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

DATED this 21 day of March 2013.

/s/ Marie Laatsch
Marie Laatsch

**SUBSCRIBED AND SWORN TO BEFORE ME** this 21st day of March, 2013, by Marie Laatsch.

/s/
Notary Public

My Commission Expires: 09/30/2013

JENNIFER PETERS
Notary Public—Arizona
Pima County
Expires 09/30/2013

**COPY** of the foregoing emailed on March 22, 2013 to:

Harold E. Campbell
John D. Yohe
CAMPBELL & COOMBS PC
1811 S Alma School Rd, Suite 225
Mesa, Arizona 85210

/s/ *Misty Hinshaw*