# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SHIVA INVESTMENTS, LLP | | |
| **Case Number:** | 2:12-bk-18263-RJH | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, APRIL 18, 2013 08:30 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | JANET SMITH | | |
| **Reporter / ECR:** | SHERI FLETCHER | | |

## *Matter:*

CLOSING ARGUMENTS ON EVIDENTIARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY SH HOLDINGS, LLC.

**R / M #:** 12 / 161

## *Appearances:*

PAUL SALA, ATTORNEY FOR SHIVA INVESTMENTS, LLP
RYAN M. HICKS, ATTORNEY FOR SHIVA INVESTMENTS, LLP
HAROLD CAMPBELL/JOHN YOHE, ATTORNEYS FOR SH HOLDINGS

## *Proceedings:*

Mr. Sala put his closing arguments on the record. He further advised a motion to approve the franchise agreement with Choice Hotels has been filed.

Mr. Campbell put his closing arguments on the record.

COURT:  FINDINGS OF FACT AND CONCLUSIONS OF LAW WERE STATED ON THE RECORD.  IT IS ORDERED DENYING CONFIRMATION OF DEBTOR'S PLAN.

IT IS ORDERED SETTING CLOSING ARGUMENT ON SH HOLDINGS MOTION FOR RELIEF FROM STAY THE THIRD WEEK IN MAY.  IT IS ORDERED THAT THE ADEQUATE PROTECTION PAYMENT FOR MAY BE THE AMORTIZATION PAYMENT THAT IS CALCULATED FROM A 1.1 MILLION DOLLAR VALUE MINUS THE PRE-PETITION TAXES AT 6.25%.

SUBSEQUENTLY, CLOSING ARGUMENT IS SET MAY 20, 2013 AT 1:30 PM.  MR. SALA AND MR. CAMPBELL WERE CALLED WITH THIS HEARING DATE.