**CAMPBELL & COOMBS, P.C.**
1811 S. Alma School, Suite 225
Mesa, Arizona 85210
(480) 839-4828
Facsimile: 480-897-1461

Harold E. Campbell # 005160
John D. Yohe # 021636
Attorneys for SH Holdings, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SHIVA INVESTMENTS, LLP<br><br>Debtor | Chapter 11 Proceeding<br><br>Case No. 2:12-bk-18263-RJH |

**STATEMENT OF POSITION OF SH HOLDINGS LLC REGARDING CONTINUED LIFT STAY HEARING AND NON-CONSENT TO CONTINUED USE OF CASE COLLATERAL**

The Continued Hearing on the Motion for Relief from Automatic Stay of SH Holdings, LLC is set for May 20, 2013 at 1:30 p.m. The position of SH Holdings, LLC is as follows:

1. The automatic stay should be vacated so as to allow SH Holdings, LLC to continue with and complete its state law remedies regarding foreclosure of the subject property. Debtor has not filed anything in this case since the Court denied confirmation of its Plan that would indicate this Chapter 11 case is viable.

2. SH Holdings, LLC has a valid cash collateral lien on the rents and profits of the motel's operation. Debtor asserted during the confirmation hearing process that these funds were in excess of $80,000. Due to the inability of Debtor to obtain a confirmed Plan of Reorganization, SH Holdings, LLC hereby withdraws its consent to the use of this cash collateral.

3. This Court should order the immediate release of the cash collateral funds to SH Holdings, LLC

DATED: May 17, 2013

                                      **CAMPBELL & COOMBS, P.C.**
                                  By: /s/ *Harold E. Campbell #005160*
                                          Harold E. Campbell
                                          Attorneys for SH Holdings, LLC

Original filed ECF and copy emailed May 17, 2013 to:

Paul Sala and Ryan M. Hicks.
Allen, Sala & Bayne, Plc
Viad Corporate Center
1850 N. Central Ave., #1150
Phoenix, Az 85004
psala@asbazlaw.com
Attorneys for Debtor

By /s/ John D. Yohe