# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry Order

Randolph J. Haines, Chief Bankruptcy Judge

_____

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| Debtor: | SHIVA INVESTMENTS, LLP | | |
| Case Number: | 2:12-bk-18263-RJH | Chapter: | 11 |
| Date / Time / Room: | MONDAY, MAY 20, 2013 01:30 PM   6TH FLOOR #603 | | |
| Bankruptcy Judge: | RANDOLPH J. HAINES | | |
| Courtroom Clerk: | JANET SMITH | | |
| Reporter / ECR: | SHERI FLETCHER | | |

### Matter:

CLOSING ARGUMENT ON SH HOLDINGS MOTION FOR RELIEF FROM STAY

R / M #:   12 / 0

### Appearances:

PAUL SALA, ATTORNEY FOR SHIVA INVESTMENTS, LLP
HAROLD CAMPBELL III, ATTORNEY FOR SH HOLDINGS

### Proceedings:

Mr. Campbell urged the Court to grant stay relief.

Mr. Sala informed he has no objection to stay relief as to the sale but they do oppose a waiver of the 14 day stay and the turnover of the cash collateral.

COURT:   IT IS ORDERED GRANTING RELIEF FROM THE AUTOMATIC STAY.  THE COURT WILL NOT WAIVE THE AUTOMATIC 14 DAY STAY OR ORDER THE TURNOVER OF CASH COLLATERAL.   THIS MINUTE ENTRY WILL BE DOCKETED TODAY.

_____
RANDOLPH J. HAINES
U.S. BANKRUPTCY JUDGE